The Honorable Tana Lin

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLOCK MINING, INC., f/k/a/ Blockware Mining, Inc., | CASE NO. 2:26-mc-00014-TL |
| Plaintiff-Judgment Creditor, | [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO VACATE WRIT OF GARNISHMENT |
| v. | |
| HOSTING SOURCE, LLC, | |
| Defendant-Judgment Debtor, | NOTE ON MOTION CALENDAR: March 26, 2026 |
| v. | |
| BANK OF AMERICA N.A. | |
| Garnishee Defendant. | |

This matter came before the Court on Plaintiff Block Mining, Inc. ("Block Mining")'s Motion to Vacate the Writ of Garnishment. The Court, having considered the Motion, Defendant's response if any, and the relevant record, hereby ORDERS as follows:

1. Block Mining's Motion to Vacate Writ of Garnishment is GRANTED.

2. In accordance with RCW 6.27.180, the Writ of Garnishment issued to Garnishee Bank of America is immediately DISCHARGED and all proceedings under the writ are VACATED.

[PROPOSED] ORDER GRANTING MOTION - 1
TO VACATE WRIT OF GARNISHMENT
CASE NO. 2:26-mc-00014-TL

MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

IT IS SO ORDERED.

DATED this 13th day of May, 2026

_____
Hon. Tana Lin, U.S. District Judge

PRESENTED BY:
By: *s/Daniel-Charles V. Wolf*
Daniel-Charles V. Wolf, WSBA #48211
444 W. Lake St., Ste. #4000
Chicago, IL 60606-0029
(312) 372-2000
dcwolf@mcdermottlaw.com

*Attorney for Plaintiff*

[PROPOSED] ORDER GRANTING MOTION - 2
TO VACATE WRIT OF GARNISHMENT
CASE NO. 2:26-mc-00014-TL

MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000